# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN EARL SAULS, | ) | 1:06-CV-1149 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING RESPONDENT TO |
| | ) | INFORM THE COURT WHETHER |
| v. | ) | RESPONDENT WILL CONSENT TO |
| | ) | MAGISTRATE JUDGE JURISDICTION |
| KATHY MENDOZA-POWERS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On June 4, 2007, respondent filed a motion to dismiss the petition for writ of habeas corpus. At this time, respondent shall be required to notify the Clerk of Court in writing whether or not respondent consents to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c), using the forms supplied by the Clerk.  Accordingly, IT IS HEREBY ORDERED:

1.      The Clerk of Court is directed to send respondent a copy of the consent option form and the instructions for consent to Magistrate Judge Jurisdiction; and

2.      Within twenty days of the date of service of this order, respondent shall file with the court a completed consent option form indicating consent or decline to Magistrate Judge Jurisdiction. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:    July 16, 2007**                         **/s/  William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE